# Court of Appeals
## Tenth Appellate District of Texas

---

### 10-25-00403-CR

---

Stephen Dewayne Watkins,
Appellant

v.

The State of Texas,
Appellee

---

On appeal from the
19th District Court of McLennan County, Texas
Judge Thomas C. West, presiding
Trial Court Cause No. 2019-1041-C1

---

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Stephen Dewayne Watkins, acting pro se, filed a notice of appeal with the trial court clerk attempting to have this Court address errors from his convictions and sentences imposed in the trial court on January 18, 2023. The trial court clerk forwarded the appeal to this Court. Although somewhat unclear, it appears that in this appeal, which is entitled "Notice of (Restricted) Appeal See Rule 26.2(a)(1) T.R.A.P.," Watkins has attempted to file what he

refers to as a "restricted appeal" pursuant to Rule of Appellate Procedure 26.2(a)(1) in which he challenges this Court's dismissal of his prior notice of appeal in this Court's Cause Number 10-25-00252-CR on October 16, 2025, and the denial of his petition for a writ of mandamus in this Court's Cause Number 10-25-00347-CR, also denied on October 16, 2025. Watkins does not indicate that he is attempting to file a petition for discretionary review in the Court of Criminal Appeals.[1]

By letter from the Clerk of this Court dated November 7, 2025, a letter requesting a response showing grounds for continuing the appeal was sent to Watkins. Watkins has filed a response; however, he has not established that this Court has jurisdiction to review his complaints. We find that this Court does not have jurisdiction to address Watkins's issues relating to his convictions and sentences imposed on January 18, 2023. Accordingly, this appeal is dismissed for want of jurisdiction.

STEVE SMITH
Justice

---

[1] We note that a restricted appeal is not available in a criminal appeal pursuant to the specific language of Rule of Appellate Procedure 26.2(a)(1). *See* TEX. R. APP. P. 26.2.

OPINION DELIVERED and FILED:  December 18, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
Do not publish
CRPM

